**Electronically Filed**
**Supreme Court**
**SCWC-15-0000374**
**19-SEP-2016**
**08:41 AM**

SCWC-15-0000374

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

KEVIN A. ARDONA,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000374 and 15-0000375;
CR. NOS. 14-1-1459 and 14-1-2006)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant's Application for Writ

of Certiorari, filed on August 4, 2016, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, September 19, 2016.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

